AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern  District of  California

| | |
|---|---|
| William Munson and Sharon Munson <br> Plaintiff (s), <br> V. <br> Equifax Information Services LLC, et al <br> Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 3:20-cv-01849-DMS-JLB |

Notice is hereby given that, subject to approval by the court, Equifax Information Services LLC substitutes
(Party (s) Name)

Thomas P. Quinn, Jr. , State Bar No. 132268 as counsel of record in
(Name of New Attorney)

place of Erica Hendricks .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Nokes & Quinn
Address: 410 Broadway, Suite 200, Laguna Beach, CA 92651
Telephone: (949) 376-3500   Facsimile (949) 376-3070
E-Mail (Optional): tquinn@nokesquinn.com

I consent to the above substitution.
Date: 2/25/2021

*(signature)*
(Signature of Party (s))

I consent to being substituted.
Date: 2/12/2021

*(signature)*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 02/26/2021

*(signature)* Thomas P. Quinn, Jr.
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 03/01/2021

*(signature)*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**