**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM MUNSON, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.<br><br>    Defendants. | Case No.: 3:20-cv-01849-DMS-JLB<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Having considered the parties' Joint Motion to Dismiss, the entire action is hereby dismissed with prejudice.  Each party shall bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated:  May 26, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court